Commonwealth ex rel. Laughman, Appellant, *v.* Burke.

Argued March 10, 1952. Before RHODES, P. J., HIRT, RENO, DITHRICH, ROSS, ARNOLD and GUNTHER, JJ.

*John H. Laughman,* appellant, in propria persona, submitted a brief.

*Daniel E. Teeter,* District Attorney, for appellee.

PER CURIAM, July 17, 1952:
The order of the court below denying relator's petition for writ of habeas corpus is affirmed on the opinion of President Judge SHEELY.